UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES COTTRELL,

                        Plaintiff,

                                                                                                                               ORDER

         v.                                                                                                                  04-CV-204A

ERIE COUNTY DISTRICT ATTORNEY, et al.,

                        Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 16, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that the action be dismissed for plaintiff's failure to comply with the rules of this Court and Court Orders.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, this case is dismissed.

        The Clerk of Court shall take all steps necessary to close the case.

    SO ORDERED.

                                                  s/ *Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED: June 10, 2008